

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PT
F.#2012R00310

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

October 23, 2012

By Fedex

Donna Newman, Esq.
20 Vesey Street, Suite 400
New York, New York 10007

      Re:  United States v. Shaka Stayman
           Criminal Docket No. 12-668 (JG)

Dear Ms. Newman:

    Enclosed please find the government's plea offer in the above-referenced case.

    Please do not hesitate to contact me if you have any questions or wish to schedule a time for your client to enter a guilty plea.

                      Very truly yours,

                      LORETTA E. LYNCH
                      United States Attorney

          By:        /s/
                Paul Tuchmann
                Assistant U.S. Attorney
                (718) 254-6294

Enclosure

cc:  Clerk of Court (JG) (w/o enclosure) (by ECF)