UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------
UNITED STATES OF AMERICA

                    Plaintiff

         V.S.

Shaka Stayman

               Defendant
------------------------------------------------------

# ORDER

12-CR-0668 (SJ)
13-CR-0264 (SJ)

JOHNSON, D.J.

      The Warden of the FPC Montgomery, or a representative, is directed to produce Shaka Stayman, BOP #63689-019, *via telephone*, on Thursday, March 2, 2017, at 9:30 a.m. EST).  At that time, the Warden or a representative, is directed to call the Chambers of the Honorable Sterling Johnson, Jr., at  (718) 613-2460.

## SO ORDERED

                                        /s/

                           _____

Dated:      Brooklyn, New York       STERLING JOHNSON, JR., U.S.D.J.
             March 1, 2016

Sent via email to MON/ExecAssistant@bop.gov